THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY McGEE, Defendant-Appellant.

(No. 60474; ▮▮▮▮▮▮)

First District (5th Division)—June 27, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.